# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | |
|---|---|
| U.S.A. Vs. Josue Natanael Perdomo Moreno | Docket No. 3:19-cr-00381-CRB-6 |

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Josue Natanael Perdomo Moreno |
| Name of Judicial Officer: | Joseph C. Spero, Chief U.S. Magistrate Judge |
| Date of Release: | 9/3/2019 |
| Charged Offense: | Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams and More Methamphetamine, Heroin, Cocaine Base, Cocaine |
| Bond: | $100,000 Unsecured Bond |
| Special Conditions: | 1. The defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services; <br> 2. The defendant must surrender all passports and other travel documents to Pretrial Services forthwith, and must not apply for other passports or other travel documents; <br> 3. The defendant must not possess any firearm, destructive device, or other dangerous weapon; <br> 4. The defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription; <br> 5. The defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services; <br> 6. The defendant must submit to drug and/or alcohol testing as directed by Pretrial Services; |

**PETITION FOR ARREST WARRANT**
**RE: Josue Perdomo Moreno**     **Docket No.** 3:19-cr-00381-CRB-6

7. The defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel;
8. The defendant must not change residence or telephone number without prior approval of Pretrial Services;
9. The defendant must reside at the SF or Oakland halfway house and must comply with all conditions of that facility;
10. The defendant must not travel outside of the Northern District of California; and
11. The defendant must remain at his residence at all time except for attorney visits; court appearances; and court-approved obligations.

## Petitioning the Court

For the issuance of a **no-bail warrant** for the defendant's arrest.

     I, Denise Mancia, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**PETITION FOR ARREST WARRANT**
**RE: Josue Perdomo Moreno**                    **Docket No.** 3:19-cr-00381-CRB-6

### VIOLATION(S):

1)       On December 2, 2019, the defendant was approved to leave the San Francisco halfway house from 1pm to 4pm for an appointment with his attorney scheduled for 1:30pm.

2)       According to the halfway house facility director, the defendant has not returned to the halfway house as of the writing of this report. At approximately 1745 hours, I attempted to contact the defendant via electronic correspondence. However, the defendant has not replied to me as of the writing of this report. It should be noted that the defendant has always been very responsive via electronic correspondence.

3)       At approximately 1900 hours, the defendant's attorneys confirmed the defendant did not show for his appointment and they have not heard from the defendant. The defendant's whereabouts remain unknown at this time.

The defendant is scheduled to appear before U.S. District Judge Charles R. Breyer for a Status Conference Hearing on January 15, 2020, at 1pm.

Based on the foregoing, there is probable cause to believe that Josue Natanael Perdomo Moreno violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted,

_____
Denise Mancia
U.S. Pretrial Services Officer
Place: **San Francisco, California**
Date Signed:  12/2/2019


Approved by:

_____
Rich Sarlatte, Supervisory
U.S. Pretrial Services Officcder

**PETITION FOR ARREST WARRANT**
**RE: Josue Perdomo Moreno**             **Docket No.** 3:19-cr-00381-CRB-6

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

☒   The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

December 2, 2019

**Date**

**The Honorable Joseph C Spero**
**Chief U.S. Magistrate Judge**