| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | CLAUDIA A. QUIROZ (CABN 254419)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | Email: claudia.quiroz@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 19-0381 CRB |
| Plaintiff, | ) | **NOTICE OF REMOVAL OF COUNSEL** |
| v. | ) | |
| ANDY REANOS-MORENO, et al., | ) | |
| Defendant. | ) | |

TO THE COURT AND DEFENDANTS, CLAIMANTS, AND COUNSEL:

PLEASE TAKE NOTICE THAT effective immediately, Assistant United States Attorney (AUSA) Claudia A. Quiroz is removed from the above-captioned case. Please remove AUSA Claudia A. Quiroz from all future correspondence, pleadings, and notices including CM/ECF notifications. AUSA Quiroz's information is as follows:

> Claudia A. Quiroz
> Assistant United States Attorney
> 450 Golden Gate Avenue, Box 36055
> San Francisco, CA 94102
> Telephone: (415) 436-7428
> Facsimile: (415) 436-7234
> Email: claudia.quiroz@usdoj.gov

| | |
|---|---|
| DATED: March 17, 2022 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | _____/s/_____<br>CLAUDIA A. QUIROZ<br>Assistant United States Attorney |