CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00381 CRB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM FEBRUARY 11, 2026, TO ~~APRIL 8, 2026~~, AND [~~PROPOSED~~] ORDER   MAY 27, 2026 |
| v. | |
| JOSUE NATANAEL PERDOMO MORENO, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Josue Natanael Perdomo Moreno that the status conference scheduled for February 11, 2026, be continued until April 8, 2026, and time be excluded under the Speedy Trial Act from February 11, 2026, through April 8, 2026.

The parties are discussing resolution of this matter and hope to set a change of plea date in the near future. The government and counsel for the defendant therefore agree that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery produced by the government and advising the defendant. For this reason, the parties stipulate and agree that excluding time between February 11, 2026, through April 8, 2026, will allow for the

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 19-00381 CRB                  v. 7/10/2018

effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2026, through April 8, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 10, 2026

                                              /s/
                                SAILAJA M. PAIDIPATY
                                DAN M. KARMEL
                                Assistant United States Attorneys

DATED: February 10, 2026

                                              /s/
                                MELISSA LUBIN
                                Counsel for Defendant PERDOMO-MORENO

STIPULATION AND [PROPOSED] ORDER
Case No. CR 19-00381 CRB                                        v. 7/10/2018

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 11, 2026, through ~~April 8, 2026~~ May 27, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 11, 2026, to ~~April 8, 2026~~ May 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference scheduled for February 11, 2026, is continued until ~~April 8, 2026~~ May 27, 2026, and the time from February 11, 2026, through ~~April 8, 2026~~ May 27, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:    February 12, 2026

HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 19-00381 CRB                                               v. 7/10/2018