CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00381-06 CRB |
|     Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM MAY 28, 2026, THROUGH JULY 29, 2026, AND [PROPOSED] ORDER |
|     v. | |
| JOSUE NATANAEL PERDOMO MORENO, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Josue Natanael Perdomo Moreno that the status conference scheduled for May 28, 2026, be continued until July 29, 2026, and time be excluded under the Speedy Trial Act from May 28, 2026, through July 29, 2026.

The parties are discussing resolution of this matter and hope to set a change of plea date in the near future. Prior government counsel recently left the U.S. Attorney's Office and undersigned counsel are continuing negotiations. Defense counsel requires time to convey the status of these negotiations to her client as he is housed in Elmwood Jail and requires the use of a Spanish interpreter. The parties therefore agree that additional time is necessary before appearing before the Court.

The government and counsel for the defendant further agree that time should be excluded under

STIPULATION AND [PROPOSED] ORDER
Case No. CR 19-00381-06 CRB
                              v. 7/10/2018

the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery produced by the government and advising the defendant.  For this reason, the parties stipulate and agree that excluding time between May 28, 2026, through July 29, 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 28, 2026, through July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 28, 2026

_____/s/_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney

DATED: May 28, 2026

_____/s/_____
MELISSA LUBIN
Counsel for Defendant PERDOMO-MORENO

STIPULATION AND [PROPOSED] ORDER
Case No. CR 19-00381-06 CRB                                                                    v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 28, 2026, through July 29, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 28, 2026, through July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference scheduled for May 28, 2026, is continued until July 29, 2026, and the time from May 28, 2026, through July 29, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED:   May 29, 2026

HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 19-00381-06 CRB                                          v. 7/10/2018